IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AUTOMOTIVE TECHNOLOGIES INTERNATIONAL,

    Plaintiff,

     v.                                                  Civil Action No. 01-71700
                                                                Judge Robert Cleland

BMW OF NORTH AMERICA, INC., et al,

    Defendants.
                                                    /

**ORDER OF DISMISSAL OF DEFENDANTS
FUJI HEAVY INDUSTRIES, INC.
AND SUBARU OF AMERICA, INC.**

At a session of said Court held in the U.S. District Courthouse for the Eastern District of Michigan, Southern Division, on

                    June 2, 2005

PRESENT:    Robert H. Cleland
                          U.S. DISTRICT COURT JUDGE

      Plaintiff Automotive Technologies International ("ATI") and Defendants Fuji Heavy Industries, Ltd. and Subaru of America, Inc., having stipulated to the entry of an Order of Dismissal without prejudice of all claims and counterclaims between them raised by the Complaint and Amended Complaint in the above-referenced action and that each of the parties shall bear its own costs and attorneys' fees; and the Court being otherwise fully advised in the premises;

2

IT IS HEREBY ORDERED that Defendants Fuji Heavy Industries, Ltd. and Subaru of America, Inc. are hereby dismissed from the above matter without prejudice as to all claims, each party to bear the costs of its own costs and attorneys' fees.

|  |  |
|---|---|
| | s/Robert H. Cleland |
| Dated 6/2/05 | U.S. District Judge |